# In the United States Court of Federal Claims

No. 13-1023

Filed: April 27, 2016

```
*****************************************
                                          *
MW BUILDERS, INC. f/n/a                   *
MW BUILDERS OF TEXAS, INC.,               *
                                          *
        Plaintiff,                        *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
        Defendant.                        *
                                          *
*****************************************
```

**ORDER**

On April 27, 2016, the court convened a telephone Final Pre-Trial Conference.

Pursuant to that Conference, the court **denies** the Government's April 22, 2016 Motion *In Limine* To Preclude Testimony Of Attorney Witnesses. Privilege objections may be made at trial.

The court **denies** the Government's April 22, 2016 Motion *In Limine* To Admit Into Evidence Plaintiff's Binding Admissions. At trial, the Government may proffer admissions of David Cimpl.

The court **denies** Plaintiff's April 22, 2016 Motion *In Limine* Related To Certain Opinions From The Government's Designated Expert Stephen Weathers As Unreliable And Unhelpful.

The court **denies** Plaintiff's April 22, 2016 Motion *In Limine* Regarding Any Evidence That Supports The Government's Fraud Allegations.

The court **denies as moot** the Government's April 25, 2016 Motion Regarding Procedural Matters as Plaintiff's counsel agreed to provide the Government with the specific order in which he will call witnesses at trial by Friday, April 29, 2016.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**